UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **GARY HALL**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CENTERSPACE LP**,<br><br>Defendant. | Case No. 0:22-cv-2028-KMM-DJF |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Gary Hall, on behalf of himself and all others similarly situated, hereby move this Court to:

1.  Grant final approval of the proposed Settlement of this case as fair, reasonable, and adequate;

2.  Grant final certification to the Settlement Class;

3.  Grant Class Counsel their requested attorneys' fees and litigation costs, as well as granting a Service Award for the Class Representative; and

4.  Grant final approval of the methods and forms of notice provided to Class Members.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement; (3) the Declaration of the Settlement Administrator, filed herewith; (4) the [Proposed] Order and

1

Judgment Granting Final Approval of Class Action Settlement; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: November 20, 2024     By: */s/ Brittany Resch*
Brittany Resch
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on November 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 20th day of November, 2024.

        STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
    Brittany Resch
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com